# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **DAVID SCOTT SLAGLE,** | ) | **Civil Action No. 7:16-cv-00495** |
| **Plaintiff,** | ) | |
| | ) | **MEMORANDUM OPINION** |
| **v.** | ) | |
| | ) | **By:    Norman K. Moon** |
| **SWVRJA-ABINGDON,** | ) | **United States District Judge** |
| **Defendant(s).** | ) | |

David Scott Slagle, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered November 14, 2016, the court directed plaintiff to submit within 20 days from the date of the Order the required six-month statements for the months of April 2016 thru September 2016 obtained from the appropriate prison official of each prison at which plaintiff is or was confined during that six-month period. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This ___9th___ day of December, 2016.

_Norman K Moon_

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE