IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DAVID SCOTT SLAGLE, ) | |
|     Plaintiff, ) | Civil Action No. 7:16-cv-00495 |
| ) | |
| v. ) | **DISMISSAL ORDER** |
| ) | |
| SWVRJA-ABINGDON, ) | By:  Norman K. Moon |
|     Defendant(s). ) |        United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This __9th__ day of December, 2016.

                              _/s/ Norman K. Moon_
                              NORMAN K. MOON
                              UNITED STATES DISTRICT JUDGE